UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WIESLAW FILIMOWICZ,

Plaintiff,

vs.

EXPLORER TRANSPORT INC,
9184-2732 QUBEC INC &
FARRUKH DAR

Serve Registered agent for Missouri:

Padgett S Smith LLC/ The Permit Shop
801 W Norton Rd, Suite 205
Springfield MO 65803

Defendants.

**JURY TRIAL DEMANDED**

**COMPLAINT FOR DAMAGES- TRACTOR TRAILER CRASH**

COMES NOW Plaintiffs, by and through the undersigned, and for their Complaint against Defendants, EXPLORER TRANSPORT INC., 9184-2732 QUBEC INC. & FARRUKH DAR state as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Defendants EXPLORER TRANSPORT INC. and 9184-2732 QUBEC INC. are foreign business entities incorporated in Canada and citizens of CANADA sharing the same US-DOT # 1068287 with registered agents in the United States and Missouri via DOTPROCESSINGAGENTS.COM, LLC.

2. Defendant FARRUKH DAR resides in Montreal Canada and based on information and belief is a citizen of Canada or other foreign country.

3. At all relevant times herein EXPLORER TRANSPORT INC. and 9184-2732 QUBEC INC acted by and through its employees or authorized agents including but not limited to Defendant FARRUKH DAR who was acting in the course and scope of his employment/agency at the time of the subject crash herein.

4. Plaintiff is an individual and citizen of the State of Illinois, USA.

5. The cause of action that is the subject of this Complaint arose in Franklin County, Missouri, the amount in controversy exceeds $75,000, exclusive of interest and costs, and jurisdiction and venue is appropriate in The United States District Court, Eastern District of Missouri.

**FACTS COMMON TO ALL COUNTS**

6. On February 10, 2019, Plaintiff was Eastbound on Interstate 44 in Franklin County MO when he came to a full and complete stop due to traffic conditions and congestion.

7. At or near the same time on February 10, 2019, Defendant FARRUKH DAR was operating an EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC tractor trailer vehicle traveling Eastbound on Interstate 44 in Franklin County when Defendant FARRUKH DAR crashed into the rear of other stopped vehicles causing a chain reaction with multiple vehicles and causing a crash with Plaintiff's vehicle.

**COUNT I – NEGLIGENCE - DEFENDANTS EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC & FARRUKH DAR**

COMES NOW Plaintiff and repeats, incorporates, and re-alleges each paragraph and sub-paragraph set forth above as if they were set forth herein at length and further states:

8. Defendant EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC., by and through its employees or agents, owed Plaintiff the highest degree of care in operating the vehicle FARRUKH DAR was driving prior to and during the above referenced collision.

9. That the above-mentioned crash was directly and proximately caused or contributed to be caused by Defendants' negligence and carelessness in the operation of the Defendants' vehicle in at least the following respects:

A) Defendants did not keep a careful lookout;

B) Defendants drove at an excessive speed;

C) Defendants followed vehicles too closely;

D) Defendants caused a rear end collision;

E) Defendant drove at a speed which made it impossible for defendant to stop within the range of defendant's visibility

10. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff was caused to suffer injuries, including but not limited to spinal injuries, concussion, headaches, and bilateral rotator cuff tears.

11. In addition to his injuries, Plaintiff has endured and will continue to endure pain and suffering, loss of enjoyment of life, lost wages, and medical debt and expenses.

WHEREFORE, Plaintiff requests the Court to enter judgment in their favor and against the Defendants EXPLORER TRANSPORT INC., 9184-2732 QUBEC INC, and FARRUKH DAR and award them compensatory damages in an amount to be proven at trial to be fair and reasonable, well in excess of $75,000; to award them prejudgment interest and the costs of this action; and to grant such other relief as the Court may deem necessary and proper.

**COUNT II – NEGLIGENCE – DEFENDANTS EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC**

COMES NOW Plaintiff and for Count II of the cause of action against Defendants, states as follows:

12. Plaintiff restates, re-alleges and incorporates by reference the allegations contained

in all paragraphs above as if fully set forth herein.

13. It was the duty of Defendant EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC to exercise ordinary care in its hiring, training and supervision of its agents, employees and servants, including Defendant FARRUKH DAR.

14. Defendant EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC did not provide adequate training to Defendant FARRUKH DAR sufficient for Defendant FARRUKH DAR to execute his job duties, including driving on Missouri highways and roads.

15. Defendant EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC was thereby careless and negligent in the following ways:

A) Failing to exercise ordinary care in the training of Defendant FARRUKH DAR;

B) Failing to exercise ordinary care in the supervision of Defendant FARRUKH DAR.

16. As a direct and proximate result of the carelessness and negligence of Defendants, Plaintiff was caused to suffer injuries including but not limited to the injuries described above.

16. In addition to their injuries, Plaintiff has and will continue to endure pain and suffering, loss of enjoyment of life, lost wages, and medical debt and expenses.

WHEREFORE, Plaintiff requests the Court to enter judgment in their favor and against the Defendants EXPLORER TRANSPORT INC. AND 9184-2732 QUBEC INC and award them compensatory damages in an amount to be proven at trial to be fair and reasonable, well in excess of $75,000; to award them prejudgment interest and the costs of this action; and to grant such other relief as the Court may deem necessary and proper.

Ben Sansone, #53852
SANSONE & LAUBER
7777 Bonhomme Ave
Suite 2100
Clayton, Missouri 63105
(314) 863-0504
(314) 677-3530 FAX
Ben@MissouriLawyers.com

ATTORNEYS FOR PLAINTIFF