# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WIESLAW FILIMOWICZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:23-cv-00283-MTS |
| | ) |
| EXPLORER TRANSPORT INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on proposed Plaintiff-in-Intervention LM General Insurance Corporation's Second Motion to Intervene. Doc. [66]. After a complete review of the briefing on the Motion, the Court will grant it. *See McDonald v. E. J. Lavino Co.*, 430 F.2d 1065, 1071 (5th Cir. 1970); *Black v. Tex. Emp. Ins. Ass'n*, 326 F.2d 603, 604 (10th Cir. 1964); *see also, e.g.*, *Hickman v. Q Carriers, Inc.*, No. 3:21-cv-0113-RJD, 2021 WL 2207338, at *1 (S.D. Ill. June 1, 2021); *Wilke Window & Door Co., Inc. v. Peabody Coal Co.*, 3:05-cv-0371-DRH, 2005 WL 8173710, at *2–3 (S.D. Ill. Nov. 7, 2005).

Accordingly,

**IT IS HEREBY ORDERED** that proposed Plaintiff-in-Intervention LM General Insurance Corporation's Second Motion to Intervene, Doc. [66], is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff-in-Intervention has through **Thursday**, **January 23, 2025**, to file a proper Complaint in Intervention with a proper caption.

Dated this 13th day of January 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE