# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WIESLAW FILIMOWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-cv-00283-MTS |
| | ) | |
| EXPLORER TRANSPORT INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 27th day of August 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE